AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hicks, Jr., S. Maurice | U.S. District Co., Western La. | 8/25/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>300 Fannin St. , Suite 5101<br>Shreveport, LA 71101 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer | Centenary College of Louisiana |
| 2. Board of Directors Member | Children and Arthritis, Inc. (501(c) (3) organization) |
| 3. | |
| 4. | |
| 5. | |

2009 AUG 31 A 11: 22 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Hicks Jr, S. Maurice**

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | Centenary College of Louisiana - Teaching | $2,500 |
| 2. | | |
| 3. | | |
| 4. | | . |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Paraglegal services - self-employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hicks, Jr., S. Maurice | 08/25/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Hibernia National Bank | Mortgage - Rental Property #1, Ruston, LA | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Accounts | D | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Account | | None | | | Transfers throughout the year | | | | |
| 3. Northwestern Mutual Life Insurance Co. Account | | None | | | Transfers throughout the year | | | | |
| 4. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | | None | K | R | | | | | |
| 5. Capital One Bank Stock Common (formerly Hibernia Nat'l) | | None | | | Sold | 06/30 | J | A | |
| 6. Rental Property #1, Ruston, LA - 07/03/01, $75,427 | D | Rent | L | R | | | | | |
| 7. IRA # 1 DGAGX Mutual Fund | A | Dividend | | | Add'l Buy / Sell | 04/01 / 06/24 | J / K | A | |
| 8. IRA # 1 FMAGX Mutual Fund | B | Dividend | | | Add'l Buy / Sell | 05/05 / 06/24 | J / K | A | |
| 9. IRA # 1 Capital One Money Fund | A | Interest | M | T | | | | | |
| 10. Left intentionally blank | | None | | | | | | | |
| 11. VAC Federal Credit Union | | None | | | Transfers throughout the year | | | | |
| 12. Barksdale Federal Credit Union | A | -Interest | K | T | | | | | |
| 13. Red River Syndicate LP | A | Int./Div. | K | U | | | | | |
| 14. IRA #1 Martin Midstream Partners LTD | A | Dividend | | | Add'l Buy / Sell | 02/14 / 10/24 | J / J | A | |
| 15. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 16. Left Intentionally blank | | None | | | | | | | |
| 17. IRA #1 Encana Corp | A | Dividend | | | Sold | 10/29 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 Canadian Oil Sands | B | Dividend | | | Add'l Buy / Sell | 03/04 10/24 | J J | A | |
| 19. IRA #1 XTO Energy | A | Dividend | J | T | Add'l Buy / Part Sell | 01/15 10/08 | J K | E | |
| 20. IRA #1 Valero Energy | A | Dividend | | | Add'l Buy / Sell | 03/12 10/24 | J K | A | |
| 21. IRA #2 Conoco Phillips | A | Dividend | | | Add'l Buy / Sell | 06/02 10/24 | J J | A | |
| 22. IRA #1 EnergySouth | A | Dividend | | | Add'l Buy / Sell | 01/02 10/03 | J K | D | |
| 23. Left intentionally blank | | None | | | | | | | |
| 24. IRA #1 Entrada Networks | | None | J | T | | | | | |
| 25. IRA #1 Globalnet | | None | J | T | | | | | |
| 26. Left intentionally blank | | None | | | | | | | |
| 27. Vkipox-30 index | B | Dividend | J | T | Sold (part) | 06/04 | J | A | |
| 28. Left intentionally blank | | None | | | | | | | |
| 29. Cabelas | A | Dividend | J | T | Sold (part) | 06/04 | J | A | |
| 30. Future Link Corp | | None | J | T | Was a partial sell in 2007. | | | | |
| 31. Left intentionally blank | | None | | | | | | | |
| 32. WSR Energy Resources | | None | | | Sold | 06/30 | J | A | |
| 33. Giant Studios | | None | J | T | Was a partial sell in 2007. | | | | |
| 34. IRA #2 Cpaital One Money Fund | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | | None | | | | | | | |
| 36. IRA #2 Canadian Oil Sands 140 | A | Dividend | | | Sold | 10/29 | J | C | |
| 37. Left intentionally blank | | None | | | | | | | |
| 38. Left intentionally blank | | None | | | | | | | |
| 39. Left intentionally blank | | None | | | | | | | |
| 40. IRA #2 Valero Energy 200 | | None | | | Sold | 01/18 | J | D | |
| 41. Left intentionally blank | | None | | | | | | | |
| 42. Left intentionally blank | | None | | | | | | | |
| 43. Left intentionally blank | | None | | | | | | | |
| 44. IRA #2 XTO Energy | A | Dividend | | | Add'l Buy Sell | 01/18 01/22 | J K | E | |
| 45. Left intentionally blank | | None | | | | | | | |
| 46. Left intentionally blank | | None | | | | | | | |
| 47. Left intentionally blank | | None | | | | | | | |
| 48. IRA #2 XTO Energy 100 | | None | | | Sold | 01/22 | J | A | |
| 49. Left intentionally blank | | None | | | | | | | |
| 50. Left intentionally blank | | None | | | | | | | |
| 51. IRA #1 XTO Energy 200 | | None | | | Sold | 01/22 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

P a

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Biosante Pharmaceutical | | None | J | T | | | | | |
| 70. FT Global Infran | A | Dividend | J | T | Add'l Buy Part Sell | 02/29 07/02 | J J | A | |
| 71. FT Greater Asia | A | Dividend | J | T | Add'l Buy Part Sell | 04/30 07/02 | J J | A | |
| 72. Kinetics Paradigm | A | Distribution | J | T | | | | | |
| 73. NYSE Group Inc | A | Dividend | J | T | | | | | |
| 74. VK Argus Trnarnd | A | Dividend | J | T | Add'l Buy Part Sell | 01/10 06/04 | J K | A | |
| 75. The Sequoia Fund | | None | | | Sold | 06/30 | J | A | |
| 76. Canadian Solar | | None | | | Sold | 07/01 | J | A | |
| 77. Chesepeake Energy | A | Dividend | | | Add'l Buy Sell | 02/11 10/06 | J J | A | |
| 78. Conanhia Vale Do Rio Doce | | None | | | Sold | 01/02 | J | A | |
| 79. Denbury Resources | | None | | | Add'l Buy Sell | 01/07 06/11 | J J | A | |
| 80. JA Solar Holdings | | None | | | Add'l Buy Sell | 01/22 06/10 | J J | A | |
| 81. Left intentionally blank | | None | | | | | | | |
| 82. Peerless Manufacturing | | None | | | Sold | 01/16 | J | A | |
| 83. Petrohawk Energy | | None | | | Add'l Buy Sell | 06/11 10/06 | J J | A | |
| 84. Left intentionally blank | | None | | | | | | | |
| 85. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  SunPower | | None | | | Add'l Buy | 02/11 | J | | |
| | | | | | Sell | 06/10 | J | B | |
| 87.  IRA #1 BHP Limited | A | Dividend | | | Sold | 10/29 | J | A | |
| 88.  Left intentionally blank | | None | | | | | | | |
| 89.  IRA #2 Cypress Semiconductor | | None | | | Add'l Buy | 09/29 | J | | |
| | | | | | Sell | 10/24 | J | A | |
| 90.  IRA #2 International Power PLC | A | Dividend | | | Sold | 10/24 | J | A | |
| 91.  Left intentionally blank | | None | | | | | | | |
| 92.  IRA #1 Dodge and Cox Int'l Stock Fd | A | Dividend | J | T | Add'l Buy | 01/02 | J | | |
| 93.  IRA #1 Denbury Resources | | None | | | Sold | 08/13 | J | A | |
| 94.  IRA #1 NYSE Euronext | A | Dividend | | | Sold | 10/29 | J | A | |
| 95.  IRA #1 Reliant Energy | | None | | | Sold | 01/03 | J | | |
| 96.  IRA #1 Street Tracks Gold Trust | | None | | | Sold | 10/24 | J | A | |
| 97.  IRA #1 Genesis Energy LP | A | Dividend | | | Add'l Buy | 02/14 | J | | |
| | | | | | Sell | 10/24 | J | A | |
| 98.  IRA #2 Cia Vale Do Rio Doce | A | Dividend | | | Sold | 10/29 | J | A | |
| 99.  IRA #2 Cree | | None | | | Sold | 07/28 | J | A | |
| 100.  IRA #2 Denbury Resources | | None | | | Sold | 08/13 | J | A | |
| 101.  IRA #2 Sunpower | | None | | | Add'l Buy | 02/19 | J | | |
| | | | | | Sell | 07/01 | J | A | |
| 102.  IRA #2 Encana | A | Dividend | | | Add'l Buy | 05/13 | J | | |
| | | | | | Sell | 07/17 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA #2 Petrohawk Energy | | None | | | Sold | 07/28 | J | C | |
| 104. McDermott Int'l | | None | | | Sold | 01/07 | J | A | |
| 105. canadian solar | | None | | | Sold | 01/16 | J | C | |
| 106. ALJ Regional Holdings | | None | | | Sold | 06/30 | J | A | |
| 107. Ditech Networks | | None | | | Sold | 06/30 | J | A | |
| 108. Morgan Keegan cash | A | Int./Div. | J | T | | | | | |
| 109. Encana Corp | A | Dividend | J | T | Buy | 07/30 | J | | |
| 110. XTO Energy | A | Dividend | J | T | Buy | 07/25 | J | | |
| 111. A Power Energy Gen Sys | | None | | | Buy Sell | 06/17 06/27 | J J | A | |
| 112. BPZ Resources Inc. | | None | | | Buy Sell | 06/16 06/27 | J J | A | |
| 113. Cubic Energy Inc | | None | J | T | Buy | 08/11 | J | | |
| 114. McMoran Exploration | | None | | | Buy Sell | 06/04 06/16 | J J | A | |
| 115. Microsoft Corp | | None | | | Buy Sell | 06/04 06/17 | J J | A | |
| 116. Superior Energy Svcs Inc | | None | | | Buy Sell | 06/04 06/16 | J J | A | |
| 117. IRA #3- Terra Nitrogen Co LP | A | Dividend | J | T | Buy | 02/29 | J | | |
| 118. GMX Resources Inc | | None | | | Buy Sell | 07/07 10/29 | J J | A | |
| 119. IRA #1 Deltic Timber Corp | A | Dividend | | | Buy Sell | 07/01 10/24 | J J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. IRA #1 Penn West Energy | A | Dividend | | | Buy / Sell | 07/01 / 10/24 | J / J | A | |
| 121. IRA #2 PMFG Inc | | None | | | Buy / Sell | 01/08 / 10/24 | J / J | A | |
| 122. IRA #2 JA Solar Hldg Co Ltd | | None | | | Buy / Sell | 02/19 / 07/01 | J / J | A | |
| 123. IRA #2 Terra Nitrogen Co LP | A | Dividend | | | Buy / Sell | 02/29 / 10/24 | J / J | A | |
| 124. IRA #2 Atlas Energy Resources, LLC | A | Dividend | | | Buy / Sell | 04/14 / 10/24 | J / J | A | |
| 125. IRA #2 GMX Resources Inc | | None | | | Buy / Sell | 07/02 / 10/24 | K / K | A | |
| 126. IRA #2 UltraShort Russell-1000 Growth | | None | | | Buy / Sell | 10/07 / 10/08 | J / J | A | |
| 127. IRA #2 Short QQQ Proshares | | None | | | Buy / Sell | 10/09 / 10/14 | K / K | A | |
| 128. IRA #2 UltraShort Midcap | | None | | | Buy / Sell | 10/10 / 10/14 | K / J | A | |
| 129. Atlas Energy | | None | | | Buy / Sell | 04/14 / 04/18 | J / J | A | |
| 130. Brigham Expl Co | | None | | | Buy / Sell | 06/11 / 07/01 | J / J | A | |
| 131. Encore Acquisition Co | | None | | | Buy / Sell | 04/18 / 06/27 | J / J | C | |
| 132. Enterra Energy Corp | | None | | | Buy / Sell | 05/08 / 06/27 | J / J | A | |
| 133. Goodrich Pete Corp | | None | | | Buy / Sell | 06/27 / 10/06 | K / J | A | |
| 134. Gran Tierra Energy Inc | | None | | | Buy / Sell | 06/10 / 07/29 | J / J | A | |
| 135. Mannatech Inc | A | Dividend | | | Buy / Sell | 02/26 / 04/10 | J / J | A | |
| 136. Particle Drill | | None | | | Buy / Sell | 08/21 / 10/06 | J / J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Penn Virginia Corp | | None | | | Buy / Sell | 06/27 / 10/06 | J / J | A | |
| 138. XTO Energy Inc | A | Dividend | | | Buy / Sell | 2/26 / 06/27 | J / J | A | |
| 139. Scottrade Cash Acct. | A | Interest | K | T | Transfers made throughout the year. | | | | |
| 140. Chesapeake Energy-Janney Acct. | A | Dividend | J | T | Buy | 07/25 | J | | |
| 141. Petrohawk Energy- Janney Acct. | | None | J | T | Buy / Part Sell | 06/16 / 07/16 | K / J | B | |
| 142. Biosante Pharmaceutical-Scottrade | | None | | | Buy / Sell | 06/11 / 06/27 | J / J | A | |
| 143. Denbury Resources- MK | | None | | | Buy / Sell | 01/07 / 10/29 | J / J | A | |
| 144. IRA #2- RRI Energy | | None | | | Sold / Purchased prior to 2008. | 01/03 | J | A | |
| 145. IRA #2- Encore Acquisition Co | | None | | | Buy / Sell | 05/08 / 10/24 | J / J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544